RIVER SOUND DEVELOPMENT, LLC *v.* INLAND
WETLANDS AND WATERCOURSES
COMMISSION OF THE TOWN OF
OLD SAYBROOK ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 122 Conn. App. 644 (AC 30042), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Brian R. Smith* and *Michele L. Maresca,* in support of the petition.

*David W. Wrinn,* assistant attorney general, *Charles J. Rothenberger, Matthew Ranelli* and *Michael E. Cronin, Jr.,* in opposition.

Decided September 22, 2010

STATE OF CONNECTICUT *v.* TODD M. AGLI

The defendant's petition for certification for appeal from the Appellate Court, 122 Conn. App. 590 (AC 30433), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Glenn W. Falk,* special public defender, in support of the petition.

*Michele C. Lukban,* senior assistant state's attorney, in opposition.

Decided September 22, 2010